IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID MCCANN,<br><br>    Plaintiff,<br><br>v.<br><br>REALTY INCOME PENNSYLVANIA PROPERTIES TRUST,<br><br>    Defendant. | Case No. 2:22-cv-00834-NBF |

**NOTICE OF SETTLEMENT**

COMES NOW Plaintiff David McCann, by and through his undersigned counsel, and hereby advises this Honorable Court that he has reached an agreement in principle with Defendant, Realty Income Pennsylvania Properties Trust. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within forty-five (45) days.

Dated: January 24, 2023

Respectfully submitted,

*/s/ R. Bruce Carlson*
R. Bruce Carlson
**CARLSON BROWN**
222 Broad St.
PO Box 242
Sewickley, PA 15143
bcarlson@carlsonbrownlaw.com
(724) 730-1753

*Counsel for Plaintiff*