IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID MCCANN, | ) |
|        Plaintiff, | ) |
| v. | ) Civil Action No. 22-834 |
| REALTY INCOME PENNSYLVANIA PROPERTIES TRUST, | ) |
|        Defendant. | ) |

**O R D E R**

AND NOW, this 24th day of January, 2023, the Court having been advised by counsel for the parties that the above captioned case has been resolved and that the only matters remaining to be completed are the preparation and execution of a written settlement agreement; payment of the settlement proceeds, if any; and the submission of a stipulation for dismissal under Fed.R.Civ.P. 41(a), and, it appearing that there is no further action required by the Court at this time;

IT IS HEREBY ORDERED, that the Clerk mark the above-captioned case closed; that nothing contained in this Order shall be considered a dismissal or disposition of this action, and, that should further proceedings therein become necessary or desirable, either party may initiate them in the same manner as if this Order had not been entered, and,

IT IS FURTHER ORDERED that the Court expressly retains jurisdiction in this matter to consider any issue arising during the period when settlement is being finalized, including, but

not limited to, enforcing settlement.

BY THE COURT:

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior United States District Judge

cc/ecf: counsel of record